IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SENO J. CARTER                                                                                          PLAINTIFF
REG. #17198-045

V.                                    NO: 2:09CV00065 SWW

RINGWOOD *et al.*                                                                                       DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #39) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. All pending motions are DENIED AS MOOT.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE